■ DAVID MAYPOLE TOOL CORPORATION et al., Appellants, v. NORWICH PHARMACAL COMPANY et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ TIBBIE TEMPELAAR, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 32491.) — Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ THOMAS H. DU MARY, Appellant, v. STATE OF NEW YORK. (Claim No. 32474.) — Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ JOSEPH BIANCO et al., Plaintiffs, v. JOHN ARBORIO, INC., et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ ANNA STRIZVER et al., Appellants, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ In the Matter of DONALD O'BRIEN et al., Appellants, against COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK, Respondent. — Motion for permission to appeal to the Court of Appeals denied, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ EVA MONROE, Appellant, v. WILLIAM GILLIAN, Doing Business as ADIRONDACK TREE SERVICE, et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ MARCUS W. MONROE, Appellant, v. WILLIAM GILLIAN, Doing Business as ADIRONDACK TREE SERVICE, et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ JOHN B. CREED et al., Appellants, v. ALFRED CARVIL, Respondent. — Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ CATHERINE A. HILLMAN, Appellant, v. DU-RITE LAUNDRY, INC., et al., Respondents. — Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.